■ Jerome Hyde, Appellant, v. Bernard Friedman, Respondent.— Order unanimously affirmed, with costs. The interests of both parties to this appeal will be best served by an immediate trial with a preference. (Appeal from order of Onondaga Special Term in action for injunction.) Present — Marsh, P. J., Moule, Cardamone, Mahoney and Del Vecchio, JJ.

■ Dale J. Sherman, Respondent, v. Charles Farley, Appellant.— Order unanimously reversed and matter remitted to Chautauqua County Family Court for a hearing. (See *Rudd* v. *Rudd,* 45 A D 2d 22.) (Appeal from order of Chautauqua County Family Court in proceeding on support order.) Present — Witmer, J. P., Cardamone, Simons, Mahoney and Goldman, JJ.